UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN BONNER,

           Plaintiff,

-against-

POINT72 ASSET MANAGEMENT, L.P., STEVEN A. COHEN, in his individual and professional capacity, and DOUGLAS D. HAYNES, in his individual and professional capacity,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2018

18 Civ. 1233 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 13, 2018, Defendants filed a letter requesting "on an expedited basis, that the Complaint filed by [Plaintiff] yesterday be sealed temporarily pending the resolution of the Motion to Seal the Complaint and Motion to Compel Arbitration." ECF No. 9. By **February 16, 2018**, Plaintiff shall respond to Defendants' letter.

    SO ORDERED.

Dated: February 13, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge