UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LAUREN BONNER,

                        Plaintiff,

               -against-

POINT72 ASSET MANAGEMENT, L.P., STEVEN A. COHEN, in his individual and professional capacities, and DOUGLAS D. HAYNES, in his individual and professional capacities,

                       Defendants.

------------------------------------------------------------------------x

Civ. No.: 1:18-cv-01233 (AT) (HBP)

**NOTICE OF MOTION TO COMPEL ARBITRATION**

## DEFENDANTS' NOTICE OF MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE THAT Defendants, Point72 Asset Management, L.P., Steven A. Cohen, in his individual and professional capacities, and Douglas D. Haynes, in his individual and professional capacities (hereinafter collectively referred to as "Defendants"), by and through their attorneys, move this Court, pursuant to the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Federal Arbitration Act, 9 U.S.C. § 1, et seq. ("FAA"), and the Local Rules of this Court for an Order:

    (i)     Compelling Plaintiff to arbitrate her claims against Defendants; and

    (ii)    Dismissing this action, or in the alternative, staying this action pending resolution of Plaintiff's claims through arbitration.

In support of their Motion to Compel Arbitration, Defendants respectfully direct this Court's attention to their Memorandum of Law, the Declaration of Victoria Woodin Chavey, Esq., and the exhibits attached thereto.

                                                                   Respectfully Submitted,

                                                                   JACKSON LEWIS P.C.
90 State House Square, 8th Floor
Hartford, Connecticut 06103
(860) 522-0404 Telephone
(860) 247-1330 Facsimile

                                                    */s/ Victoria Woodin Chavey*
By:  Victoria Woodin Chavey

                                                          *Attorneys for Defendants*
Point72 Asset Management

Dated:  February 14, 2018
         Hartford, Connecticut