# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____   │
│ DATE FILED: 2/27/2018_____    │
└─────────────────────────────────┘
```

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

February 26, 2018

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Court 15D
New York, New York 10007

      Re:     Bonner v. Point72 Asset Management, L.P., *et al.*; Case No. 18-cv-1233 (AT)(HBP)

Dear Judge Torres:

We represent Plaintiff Lauren Bonner ("Plaintiff") in the above-referenced matter and write to request a brief extension of Plaintiff's time to oppose Defendants Point72 Asset Management, L.P., Steven A. Cohen and Douglas D. Haynes's (collectively "Defendants") motion to compel arbitration. *See* Dkt. No. 19. Plaintiff respectfully requests that her deadline to oppose Defendants' motion to compel arbitration be extended from February 28, 2018 to March 21, 2018 due to Plaintiff's counsel's heavy case load and scheduling conflicts. This is Plaintiff's first request that her deadline to oppose Defendants' motion to compel arbitration be extended, and Defendants consent to the relief requested herein.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*[signature]*

Jeanne M. Christensen

cc:    Counsel of Record (*via* ECF)

GRANTED.

SO ORDERED.

Dated: February 27, 2018
      New York, New York

*[signature]*

ANALISA TORRES
United States District Judge