**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

April 4, 2018

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Court 15D
New York, New York 10007

      Re:    Bonner v. Point72 Asset Management, L.P., *et al.*; Case No. 18-cv-1233 (AT)(HBP)

Dear Judge Torres:

We represent Plaintiff Lauren Bonner in the above-referenced matter and write to respectfully request that the Court hold an oral argument on Defendants' motion to compel arbitration. We recognize that Rule III(J) of Your Honor's Individual Rules of Practice provides that requests for oral argument on motions should be made at the time of the party's respective submission, and we apologize that this request is being made only now. Should Your Honor be inclined to entertain Plaintiff's request for oral argument, we will be prepared to argue the merits of Defendants' motion at the initial conference currently scheduled for April 30, 2018 or at any other time convenient for the Court.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*[signature]*

Jeanne M. Christensen

cc:    Counsel of Record (*via* ECF)