Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
90 State House Square
8th Floor
Hartford CT 06103
Tel 860 522-0404
Fax 860 247-1330
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL:  (860) 331-1534
EMAIL ADDRESS:  VICTORIA.CHAVEY@JACKSONLEWIS.COM

April 5, 2018

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

          Re:    Bonner v. Point72 Asset Management, L.P., et al.
                 Docket No.: 1:18-cv-01233-AT

Dear Judge Torres:

        Defendants respectfully submit this letter to request that the Court deny Plaintiff's Letter Request for Oral Argument (Docket Entry No. 34).

        At the outset, Defendants note that, although Plaintiff acknowledges her request for oral argument does not comply with this Court's rules, she does not provide any reason for her failure to comply.  The request should be denied on this basis alone.

        Even if this Court were to excuse Plaintiff's unexplained failure to comply, however, Plaintiff's request provides no basis for this Court to depart from its usual practice of "typically … not hold[ing] oral argument on motions."  Individual Rules of Practice, Rule III(J). The issue before the Court—whether Plaintiff should be compelled to arbitrate her employment-related claims pursuant to the clear and unambiguous arbitration provision in her admittedly enforceable Employment Agreement—is a straightforward legal issue that relies on long-standing, controlling precedent.  The issue can readily be decided on the papers.

        Finally, because Defendants' motion has been fully briefed since March 27, 2018, there is no reason to delay resolution of Defendants' motion by over a month to permit argument at the April 30 scheduling conference.

For all these reasons, Plaintiff's request should be denied.

>Very truly yours,
>JACKSON LEWIS P.C.
>
>Victoria Woodin Chavey