

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
90 State House Square
8th Floor
Hartford CT 06103
Tel 860 522-0404
Fax 860 247-1330
www.jacksonlewis.com

| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
|---|---|---|---|
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (860) 331-1534
EMAIL ADDRESS: VICTORIA.CHAVEY@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2018

April 19, 2018

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:    Bonner v. Point72 Asset Management, L.P., et al.
              Docket No.: 1:18-cv-01233-AT

Dear Judge Torres:

      Defendants write pursuant to Rule I.C. of Your Honor's Individual Rules respectfully to request an extension of the deadlines for the parties to submit a: (1) joint letter and (2) proposed Case Management Plan and Scheduling Order, pursuant to the Initial Pretrial Conference Order (Docket Entry No. 15). Defendants request adjournment of the deadlines from April 23, 2018 to a date not less than fourteen (14) days after the Court rules on Defendants' motion to compel arbitration. The reason for the request is to avoid the unnecessary expenditure of the parties' resources toward discovery pending the outcome of Defendants' motion to compel arbitration and because any proposed Scheduling Order may become moot depending upon Your Honor's ruling. Plaintiff consents to this request. No prior request for an extension has been made.

      We appreciate Your Honor's consideration of this request.

GRANTED. The initial pretrial conference scheduled for
April 30, 2018 is ADJOURNED pending resolution of
Defendants' motion to compel arbitration, ECF No. 19.

SO ORDERED.

Dated: April 20, 2018
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge