# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

July 31, 2018

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Court 15D
New York, New York 10007

      Re:    Bonner v. Point72 Asset Management, L.P., *et al.*; Case No. 18-cv-1233 (AT)(HBP)

Dear Judge Torres:

The parties jointly write to update the Court on the status of arbitration. See Dkt. 43. Pursuant to the Court's order, the matter was filed with the American Arbitration Association ("AAA") on July 17, 2018, and the AAA has commenced its administration of the case. In accordance with the Court's order, the parties jointly will update the Court every sixty days hereafter and provide a letter no later than seven days after the arbitrator's decision.

Respectfully submitted,

*/s/ Jeanne Christensen*

Jeanne M. Christensen

cc:    Counsel of Record (*via* ECF)