**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

September 28, 2018

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Court 15D
New York, New York 10007

    Re:    <u>Bonner v. Point72 Asset Management, L.P., *et al.*; Case No. 18-cv-1233 (AT)(HBP)</u>

Dear Judge Torres:

The parties jointly write to update the Court on the status of the above-captioned matter.
The parties mutually agreed to submit the action, in its entirety, to proceed before a selected private arbitrator. Accordingly, Plaintiff simultaneously files a notice of dismissal in this action, and will dismiss the proceeding initiated in the American Arbitration Association ("AAA").

Respectfully submitted,

*/s/ Jeanne Christensen*

Jeanne M. Christensen

cc:    Counsel of Record (*via* ECF)