UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
LAUREN BONNER,                                                   :
                                                                 :
                Plaintiff,                  :  Case No. 18 Civ. 1233 (AT)(HBP)
                                                                 :
      v.                                                         :
                                                                 :
POINT72 ASSET MANAGEMENT, L.P., STEVEN                           :  **STIPULATION OF**
A. COHEN, in his individual and professional                     :  **DISMISSAL**
capacity, and DOUGLAS D. HAYNES, in his                          :
individual and professional capacity,                            :
                                                                 :
                Defendants.                 :
                                                                 :
---------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Lauren Bonner and Defendants Point 72 Asset Management, L.P., Steven A. Cohen and Douglas D. Haynes, together, through their undersigned counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile or electronic signatures shall have the same force and effect as original signatures.

| | |
|---|---|
| Dated: New York, New York<br>September 28, 2018 | Dated: Hartford, Connecticut<br>September 28, 2018 |
| **WIGDOR LLP** | **JACKSON LEWIS P.C.** |
| By: _/s/ Jeanne M. Christensen_<br>Jeanne M. Christensen | By: _/s/ Victoria Woodin Chavey_<br>Victoria Woodin Chavey |
| 85 Fifth Avenue, 5th Floor<br>New York, New York 10003<br>Tel: (212) 257-6800<br>jchristensen@wigdorlaw.com | 90 State House Square, 8th Floor<br>Hartford, Connecticut 06103<br>Tel: (860) 522-0404<br>Victoria.Chavey@jacksonlewis.com |
| *Attorneys for Plaintiff Lauren Bonner* | *Attorneys for Defendants Point 72 Asset Management, L.P., Steven A. Cohen and Douglas D. Haynes* |