USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

LAUREN BONNER,

                           Plaintiff,

          v.

POINT72 ASSET MANAGEMENT, L.P., STEVEN A. COHEN, in his individual and professional capacity, and DOUGLAS D. HAYNES, in his individual and professional capacity,

                           Defendants.

------------------------------------------------------------- X

Case No. 18 Civ. 1233 (AT)(HBP)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Lauren Bonner and Defendants Point 72 Asset Management, L.P., Steven A. Cohen and Douglas D. Haynes, together, through their undersigned counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts, and facsimile or electronic signatures shall have the same force and effect as original signatures.

Dated: New York, New York
          September 28, 2018

**WIGDOR LLP**

By: _____
    Jeanne M. Christensen

85 Fifth Avenue, 5th Floor
New York, New York 10003
Tel: (212) 257-6800
jchristensen@wigdorlaw.com

*Attorneys for Plaintiff Lauren Bonner*

Dated: Hartford, Connecticut
          September 28, 2018

**JACKSON LEWIS P.C.**

By: _____
    Victoria Woodin Chavey

90 State House Square, 8th Floor
Hartford, Connecticut 06103
Tel: (860) 522-0404
Victoria.Chavey@jacksonlewis.com

*Attorneys for Defendants Point 72 Asset Management, L.P., Steven A. Cohen and Douglas D. Haynes*

SO ORDERED.

Dated: October 1, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge